IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| NATHANIAL GOODRICH,             ) | |
|                                 ) | |
|            Plaintiff,           ) | |
|                                 ) | |
| v.                              ) | Case No. 4:17-cv-01596-AGF |
|                                 ) | |
| UNION PACIFIC RAILROAD          ) | |
| COMPANY,                        ) | |
|                                 ) | |
|            Defendant.           ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Nathanial Goodrich and Defendant Union Pacific Railroad Company hereby jointly stipulate to the dismissal of Plaintiff's cause of action, with prejudice, with each party to pay its own attorneys' fees and costs.

Respectfully submitted,

| | |
|---|---|
| s/ *Steven L. Groves* | s/ *J. Randall Coffey* |
| Steven L. Groves | J. Randall Coffey         MO Bar 35070 |
| Groves Powers, LLC | Melody L. Rayl           MO Bar 60362 |
| 505 North 7th Street, Suite 2010 | Fisher & Phillips LLP |
| St. Louis, MO 63101 | 4900 Main Street, Suite 650 |
| TEL: (314) 696-2300 | Kansas City, MO 64112 |
| FAX: (314) 696-2304 | TEL: (816) 842-8770 |
| Email: sgroves@grovespowers.com | FAX: (816) 842-8767 |
| | Email: rcoffey@fisherphillips.com |
| ATTORNEY FOR PLAINTIFF | Email: mrayl@fisherphillips.com |
| NATHANIAL GOODRICH | |
| | ATTORNEYS FOR DEFENDANT |
| | UNION PACIFIC RAILROAD COMPANY |